No. 10-879. Gloria Gail Kurns, Executrix of the Estate of George M. Corson, Deceased, et al., Petitioners v. Railroad Friction Products Corporation, et al.

565 U.S. 972, 132 S. Ct. 474, 181 L. Ed. 2d 310, 2011 U.S. LEXIS 7602.

October 28, 2011. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 10-1211. Panagis Vartelas, Petitioner v. Eric H. Holder, Jr., Attorney General.

565 U.S. 972, 132 S. Ct. 475, 181 L. Ed. 2d 310, 2011 U.S. LEXIS 7598.

October 28, 2011. Motion of petitioner to dispense with printing the joint appendix granted.

No. 10-1261. Credit Suisse Securities (USA) LLC, et al., Petitioners v. Vanessa Simmonds.

565 U.S. 972, 132 S. Ct. 475, 181 L. Ed. 2d 310, 2011 U.S. LEXIS 7601.

October 28, 2011. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. The Chief Justice took no part in the consideration or decision of this motion.

No. 10-7387. Monroe Ace Setser, Petitioner v. United States.

565 U.S. 972, 132 S. Ct. 475, 181 L. Ed. 2d 310, 2011 U.S. LEXIS 7600.

October 28, 2011. Motion of the Solicitor General for divided argument granted.